882

No. 437, Misc. HENSLEY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Joe F. Ramsey, Jr.,* for petitioner.

No. 438, Misc. SAULSBURY *v.* GREEN, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 439, Misc. GRIMES *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 441, Misc. SCHERCK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer* for the United States.

No. 443, Misc. WILSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 449, Misc. BELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Marshall Patner* for petitioner. *Solicitor General Marshall* for the United States.

No. 464, Misc. WILLIAMS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 465, Misc. RUARK *v.* COLORADO. Sup. Ct. Colo. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, and *John P. Moore,* Assistant Attorney General, for respondent.

No. 468, Misc. ARWINE *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Luke Quinn,* Assistant Attorney General, for respondent.